UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-23959-KMM

**VICTOR ARIZA**,

    Plaintiff,

vs.

**SUR LA TABLE, INC.,** a foreign for-profit corporation,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Defendant, SUR LA TABLE, by and through his undersigned counsel, hereby respectfully gives the Court notice that Plaintiff, VICTOR ARIZA and Defendant SUR LA TABLE, INC., have reached a settlement in this matter. The Parties respectfully request thirty (30) days to finalize the settlement documents and file the proper Joint Stipulation of Dismissal with Prejudice.

Date: December 10, 2019

Respectfully Submitted,

By: */s/Carol C. Lumpkin*_____
**Carol C. Lumpkin, Esq.**
Florida Bar No. 797448
**K&L GATES LLP**
Southeast Financial Center
200 South Biscayne Boulevard, Suite 3900
Miami, Florida 33131
T. 305/539.3300
305/358.7095 (Facsimile)
Email: carol.lumpkin@klgates.com

*Attorneys for Defendant Sur La Table, Inc.*

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on this 10th Day of December 2019.

*/s/ Carol C. Lumpkin*
CAROL C. LUMPKIN

## SERVICE LIST

### CASE NO. 19-CV-23959-KMM

| **RODERICK V. HANNAH, ESQ.**<br>Counsel for Plaintiff<br>8751 W. Broward Blvd., Suite 303<br>Plantation, FL. 33324<br>T. 954.362.3800<br>F. 954.362.3779<br>Email: rhannah@rhannahlaw.com | **PELAYO M. DURAN, ESQ.**<br>Co-Counsel for Plaintiff<br>**LAW OFFICE OF PELAYO M. DURAN, P.A.**<br>4640 N.W. 7th Street<br>Miami, FL. 33126-2309<br>T. 305.266.9780<br>F. 305.269-8311<br>Email: duranandassociates@gmail.com |
|---|---|